**SEALED** **FILED**

SEP 20 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>INFORMATION ASSOCIATED WITH THOMPSONSAIR@TDS.NET THAT IS STORED AT PREMISES CONTROLLED BY TDS TELECOMMUNICATIONS CORP | 2:12-SW-0514 KJN<br><br>ORDER RE: REQUEST TO SEAL DOCUMENTS<br><br>**UNDER SEAL** |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the search warrant in the above-captioned proceeding shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy of the search warrant will be provided to TDS Telecommunications.

Date: Sept 20, 2012

_____
KENDALL J. NEWMAN
United States Magistrate Judge

1