**FILED**

APR 22 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of the search of:<br><br>INFORMATION ASSOCIATED WITH THOMPSONSAIR@TDS.NET THAT IS STORED AT PREMISES CONTROLLED BY TDS TELECOM CORP | CASE NO. 2:12-SW-00514-KJN<br><br>ORDER TO UNSEAL SEARCH WARRANT DOCUMENTS |

THE COURT HEREBY ORDERS that the Application and Affidavit in Support of Search Warrant in Case No. 2:12-sw-00514-KJN be unsealed and made part of the public record.

Dated: April 21, 2014

_____
THE HONORABLE KENDALL J. NEWMAN
United States Magistrate Judge

PETITION TO UNSEAL CASE                                   2